IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RHODA KINCAID,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 14-cv-723-wmc

This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the pursuant to the joint stipulation the decision of defendant Carolyn W. Colvin, Acting Commissioner of Social Security, denying plaintiff Rhoda Kincaid's application for disability benefits is REVERSED AND REMANDED under sentence four of 42 U.S.C. § 405(g) for further proceedings.

| s/ J. Smith, Deputy Clerk | 6/3/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |