IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RHODA KINCAID,

    Plaintiff,　　　　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　　　　Case No.   14-cv-723-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

---

This action came before the court for consideration with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff attorney fees and costs in the amount of $4,618.50 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

| s/ J. Smith, Deputy Clerk | 6/3/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |